

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-58,358-02

## EX PARTE JOSE NOEY MARTINEZ

## ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS IN CAUSE NO. CR-0385-95-G(2) IN THE 370th DISTRICT COURT HIDALGO COUNTY

*Per curiam*.

## O R D E R

In November 1996, a jury found applicant guilty of the offense of capital murder. The jury answered the statutory punishment questions in such a way that the trial court set applicant's punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Martinez v. State*, No. AP-72,704 (Tex. Crim. App. June 30, 1999). On March 12, 2008, this Court remanded applicant's writ application to the trial court. On August 1, 2012, because it had been more than four years since the application was remanded, we ordered the trial court to resolve any remaining issues in the case within 90 days of the date of that order, and we ordered the clerk to thereafter transmit the complete

writ record to this Court.

Although one extension was obtained, the writ record was not forwarded to this Court. On June 18, 2014, this Court issued a second order in which it noted that the writ application was more than a year overdue. In that order, the Court ordered the trial court to finish resolving the issues in the case and enter findings of fact and conclusions of law within 60 days of the date of that order. We also ordered the district clerk to immediately thereafter forward the complete record of the case to this Court. Thus, this Court should have received this writ record around August 18, 2014.

The case is yet again more than a year overdue. We, therefore, order the trial court to resolve the issues in the case and enter findings of fact and conclusions of law within 30 days of the date of this order. The district clerk shall immediately thereafter forward the complete record of the case to this Court. No further extensions will be entertained. If the completed case is not forwarded to this Court on or before January 25, 2016, an order to show cause and notice to appear will issue against the trial judge, the prosecutor, and defense counsel.

IT IS SO ORDERED THIS THE 16th DAY OF DECEMBER, 2015.

Do Not Publish